IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CECIL JAMES MESSER, JR., | : |
|    Plaintiff, | : |
| vs. | :    CIVIL ACTION NO.: 24-0406-JB-MU |
| MS. KING, *et al.,* | : |
|    Defendants. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint (Doc. 1) be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 29th day of January, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE